**Carroll C. Diamond, appellee, v. Checker Taxi Company, appellant. Gen. No. 27,629.**

Action for damages to plaintiff's automobile occasioned by its being run into by defendant's taxicab. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Arthur Grossman, for appellant; Benjamin H. Black, of counsel. George B. Cohen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Oscar Johnson, appellee, v. John Brennan, appellant. Gen. No. 27,639.**

Action in the Municipal Court of Chicago for the conversion of a wagon. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Flynn & Lyon, for appellant. Joseph O. McKiernan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Levant American Commercial Company, appellant, v. Minneapolis Malt and Grain Company, appellee. Gen. No. 27,652.**

Assumpsit to recover damages for failure to deliver malt which defendant contracted to sell to plaintiff. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Opinion filed October 3, 1922.

Cutting, Moore & Sidley, for appellant; J. Dwight Dickerson, of counsel. Earl C. Hales, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Edward A. Robertson, appellee, v. Chicago City Railway Company and Chicago Railways Company, appellants. Gen. No. 27,316.**

Action for personal injuries and for damage to plaintiff's automobile in a collision with defendants' street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed with finding of facts. Opinion filed October 3, 1922.

Charles LeRoy Brown, for appellants; John R. Guilliams, Frank L. Kriete and John E. Kehoe, of counsel. Macomic & Repetto, for appellee; John F. Voigt, of counsel.

Mr. Justice Morrill delivered the opinion of the court.